IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DANIEL SCOTT CONE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 7:26-cv-288 (WLS) |
| FLYNN RESTAURANT GROUP LP, | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 27, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk